IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIAN WALTER,

   *Plaintiff*,

v.                              Case No.: 4:24cv84-MW/MJF

DBNCH CIRCLE, LLC,

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. The Magistrate Judge recommends that Plaintiff's complaint be dismissed because Plaintiff failed to establish that this Court has subject matter jurisdiction over this action. *See id*. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

1. The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion.

2. Plaintiff's complaint under 42 U.S.C. § 1983, ECF No. 1, is **DISMISSED**

   **without prejudice**.

3. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** for lack of subject matter jurisdiction."

4. The Clerk shall close the file.

**SO ORDERED on April 15, 2024.**

s/Mark E. Walker
**Chief United States District Judge**
